UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Sandra L Beck  
    Kevin P Beck  
        Debtor(s)

Case No. 12-44180

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/06/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/28/2013.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $51,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,513.42 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,513.42

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,861.36 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $137.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,998.38

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| A&S COLLECTION ASSOCIATES | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED INPATIENT CONSULTAN | Unsecured | 167.91 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 256.55 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SERVICES | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 664.49 | NA | NA | 0.00 | 0.00 |
| AMSHER COLLECTIONS SVCS | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| ANIMAL EMERGENCT & TREATMEN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE INC | Unsecured | 1,454.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1,147.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 7,044.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 1,970.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CERTIFIED SERVICES | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 2,046.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| EAGLE ATLANTIC FINANCIAL SVC | Unsecured | 2,995.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 1,310.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 5,734.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 5,080.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 2,943.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 1,702.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 4,880.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 3,890.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 6,432.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SYSTEMS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| GALATI PIZZA | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY PHYS | Unsecured | 361.38 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE | Priority | 5,000.00 | NA | NA | 0.00 | 0.00 |
| JEWEL OSCO FOOD STORES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| JOHN MORREALE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| KENNETH STONE | Unsecured | 1,381.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| LINDEN ANIMAL HOSPITAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MAGES & PRICE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 1,547.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,144.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANT | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SRV | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,415.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| NORTHEAST LEGAL GROUP | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| NRTHESTCRCOL | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT COMPANY LLC | Unsecured | 9,309.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| OUTSOURCE RECEIVABLES | Unsecured | 2,065.00 | NA | NA | 0.00 | 0.00 |
| PAPA SAVERIOS PIZZA | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES CREDIT | Secured | 11,328.00 | NA | NA | 1,515.04 | 0.00 |
| PRAIRIESHORE PAIN CENTER | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| QC FINANCIAL SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 50.44 | NA | NA | 0.00 | 0.00 |
| SEQUOIT HARBOR LLC | Unsecured | 188.80 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROUND LAKE | Unsecured | 195.77 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $1,515.04 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$1,515.04** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,998.38 |
| Disbursements to Creditors | $1,515.04 |
| **TOTAL DISBURSEMENTS:** | **$3,513.42** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/29/2013                    By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**